1    GEOFFREY A. HANSEN
     Acting Federal Public Defender
2    HEATHER R. ROGERS
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA  95113
4    Telephone:  (408) 291-7753

5    Counsel for Defendant LEONARDO GARZA

6

7                          IN THE UNITED STATES DISTRICT COURT
8
                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                                    SAN JOSE DIVISION
10

11   UNITED STATES OF AMERICA,              )    No. CR 11-00005 LHK
                                            )
12                    Plaintiff,            )    STIPULATION AND [PROPOSED]
                                            )    ORDER CONTINUING HEARING DATE
13   vs.                                    )
                                            )
14   LEONARDO GARZA,                        )
                                            )
15                    Defendant.            )
     _____)
16

17                                     **STIPULATION**

18        Defendant Leonardo Garza, by and through Assistant Federal Public Defender Heather R.

19   Rogers, and the United States, by and through Assistant United States Attorney Jeffrey Schenk

20   hereby stipulate that, with the Court's approval, the status hearing currently set for February 15,

21   2012, at 10:00 a.m., before the Honorable Lucy H. Koh, shall be continued to March 14, 2012, at

22   10:00 a.m.

23        The reason for the requested continuance is that defense counsel recently took over the

24   case, and requires additional time to effectively prepare—in particular, to review discovery,

25   research legal issues, consult with Mr. Garza, and negotiate a proposed settlement.   The parties

26   therefore respectfully request a continuance to March 14, 2012, at 10:00 a.m.

1    The parties agree that the time between February 15, 2012, and March 14, 2012, may be

2  excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective

3  preparation of counsel.

4

5  Dated: February 13, 2012

6                                              _____/s/_____
                                               HEATHER ROGERS
                                               Assistant Federal Public Defender
7

8  Dated:   February 13, 2012                  _____/s/_____
                                               JEFFREY SCHENK
9                                              Assistant United States Attorney

10

11                              **[~~PROPOSED~~] ORDER**

12         GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

13  ORDERED that the hearing currently set for February 15, 2012, at 10:00 a.m., before the

14  Honorable Lucy H. Koh, shall be continued to March 14, 2012, at 10:00 a.m.

15         THE COURT FINDS that failing to exclude the time between February 15, 2012, and

16  March 14, 2012, would unreasonably deny counsel for the defendant reasonable time necessary

17  for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§

18  3161(h)(7)(B)(iv).

19         THE COURT FINDS that the ends of justice served by excluding the time between

20  February 15, 2012, and March 14, 2012, from computation under the Speedy Trial Act outweigh

21  the interests of the public and the defendant in a speedy trial.

22         THEREFORE, IT IS HEREBY ORDERED that the time between February 15, 2012, and

23  March 14, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

24  3161(h)(7)(A) and (B)(iv).

25  //

26

1    IT IS SO ORDERED.

2    Dated:    2/14/12

     _____
     HON. LUCY H. KOH
3    United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26